FILED

MAR - 6 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | 1:24 CR 00070 |
| RODRIGUS CALDWELL, | ) | CASE NO. _____ |
| Defendant. | ) | Title 18, United States Code, Sections, 922(g)(1), 922(o), 933(a)(1) |

JUDGE LIOI

COUNT 1
(Trafficking in Firearms, 18 U.S.C. §§ 933(a)(1))

The Grand Jury charges:

1. From on or about January 22, 2024, through February 2, 2024, in the Northern District of Ohio, Eastern Division, Defendant RODRIGUS CALDWELL did ship, transport, transfer, cause to be transported, or otherwise dispose of firearms, to wit:

| DATE | FIREARMS |
| --- | --- |
| 01/22/2024 | Glock, Model 30, serial number 45 caliber pistol, serial number WZC901; |
| 01/25/2024 | Glock, Model 19X, 9mm semi-automatic pistol, serial number BRXT846 (frame)/(BWZL487) (slide), SCCY Industries, Model CPX-2, 9mm semi-automatic pistol, serial number 514319 |
| 01/30/2024 | Smith and Wesson SD40, 40 caliber semi-automatic pistol, serial number FBF7653 Smith and Wesson, model M&P40, 40 caliber semi-automatic pistol, serial number MPE1969 |
| 02/02/2024 | Glock, model 19, 9mm semi-automatic pistol, serial number CAXX437 Glock, model 19 Gen5, 9mm semi-automatic pistol, serial number BURK944 |

1

to a Recipient in or otherwise affecting commerce, knowing or having reasonable cause to believe that the use, carrying, or possession of the firearm by the Recipient would constitute a felony, in violation of Title 18, United States Code, Section 933(a)(1).

## Count 2

(Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

2. On or about January 22, 2024, in the Northern District of Ohio, Eastern Division, Defendant RODRIGUS CALDWELL, did knowingly possess a machine gun, as defined in Title 26, United States Code, Section 5845(a)(6), that is, a machine gun within the meaning of Title 26, United States Code, Section 5845(b), and more particularly described as a Glock, Model 30, .45 caliber pistol, serial number WZC901 with a machine gun conversion device attached to it, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## Count 3

(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

3. On or about January 22, 2024, in the Northern District of Ohio, Eastern Division, Defendant RODRIGUS CALDWELL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Robbery (F-3), on or about July 10, 2023, in Case Number 22-CR-670013-A, in the Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Glock, Model 30, .45 caliber pistol, serial number WZC901 with a machine gun conversion device attached to it, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Count 4

(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

4. On or about January 25, 2024, in the Northern District of Ohio, Eastern Division, Defendant RODRIGUS CALDWELL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Robbery (F-3), on or about July 10, 2023, in Case Number 22-CR-670013-A, in the Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce firearms, to wit: a Glock, model 19X, 9mm semi-automatic pistol, serial number BRXT846 on the frame, and serial number BWZL487 on the slide; and a SCCY Industries, Model CPX-2, 9mm semi-automatic pistol, serial number 514319, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Count 5

(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

5. On or about January 30, 2024, in the Northern District of Ohio, Eastern Division, Defendant RODRIGUS CALDWELL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Robbery (F-3), on or about July 10, 2023, in Case Number 22-CR-670013-A, in the Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce firearms, to wit: a Smith and Wesson, Model SD40, .40 caliber semi-automatic pistol, serial number FBF7653; and a Smith and Wesson, Model M&P40, .40 caliber semi-automatic pistol with serial number

MPE1969, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## Count 6

(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

6. On or about February 2, 2024, in the Northern District of Ohio, Eastern Division, Defendant RODRIGUS CALDWELL, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Robbery (F-3), on or about July 10, 2023, in Case Number 22-CR-670013-A, in the Cuyahoga County Court of Common Pleas, knowingly possessed in and affecting interstate commerce firearms, to wit: a Glock, Model 19, 9mm semi-automatic pistol bearing serial number CAXX437; and a Glock, Model 19 Gen5, 9mm semi-automatic pistol bearing serial number BURK944, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

7. The allegations of Counts 1 through 6 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant RODRIGUS CALDWELL shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violations charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.